

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GEORGE HADDY, | § | No. 08-12-00131-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th Judicial District Court |
| JOHN W. CALDWELL, JR., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2010-700) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF MAY, 2013.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.